**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__    District of __Texas__
(State)

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Nuvectra Corporation

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

   QiG Group, LLC; Algostim or AlgoStim; Pelvistim; ControlStim; and NeuroNexus Technologies or Neuro Nexus Technologies

3. **Debtor's federal Employer Identification Number (EIN)**    __ __ – __ __ __ __ __ __ __    30-0513847

4. **Debtor's address**

   **Principal place of business**

   5830    Granite Parkway, Suite 1100
   Number    Street

   _____

   Plano    TX    5024
   City    State    ZIP Code

   Collin
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   10675    Naples St. NE
   Number    Street

   _____

   Blaine    MN    55449
   City    State    ZIP Code

5. **Debtor's website (URL)**    www.nuvectramed.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    **Nuvectra Corporation**    Case number (*if known*)_____
_____Name_____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3391 __ __

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

■ No
☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY
         District _____  When _____  Case number _____
                                      MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

■ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

| Debtor | Nuvectra Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Nuvectra Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ■ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 12 / 2019
MM / DD / YYYY

X _____  Fred B. Parks
Signature of authorized representative of debtor   Printed name

Title: Chief Executive Officer

**18. Signature of attorney**

X _____  Date 11 /12/2019
Signature of attorney for debtor   MM / DD / YYYY

Ryan E. Manns
Printed name
Norton Rose Fulbright US LLP
Firm name
2200   Ross Avenue, Suite 3600
Number   Street
Dallas                     TX       75201-7932
City                       State    ZIP Code

214-855-8304                ryan.manns@nortonrosefulbright.com
Contact phone               Email address

24041391                    Texas
Bar number                  State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

| Debtor | Nuvectra Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ■ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 12 / 2019
MM / DD / YYYY

X /s/ Fred B Parks

Signature of authorized representative of debtor

Fred B. Parks
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 11 /12/2019
MM / DD / YYYY

Ryan E. Manns
Printed name

Norton Rose Fulbright US LLP
Firm name

2200  Ross Avenue, Suite 3600
Number  Street

Dallas                      TX      75201-7932
City                        State   ZIP Code

214-855-8304                ryan.manns@nortonrosefulbright.com
Contact phone               Email address

24041391                    Texas
Bar number                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Debtor | Nuvectra Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ■ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11 / 12 / 2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Fred B. Parks
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 11 /12/2019
MM / DD / YYYY

Ryan E. Manns
Printed name

Norton Rose Fulbright US LLP
Firm name

2200     Ross Avenue, Suite 3600
Number   Street

Dallas                                    TX        75201-7932
City                                      State     ZIP Code

214-855-8304                              ryan.manns@nortonrosefulbright.com
Contact phone                             Email address

24041391                                  Texas
Bar number                                State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-37525__.

2. The following financial data is the latest available information and refers to the debtor's condition on __June 30, 2019__.

   a. Total assets                                              $ _____

   b. Total debts (including debts listed in 2.c., below)       $ _____

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ www.nuvectramed.com | unknown |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | |

   d. Number of shares of preferred stock
   e. Number of shares common stock                             Blaine          MN

   Comments, if any: _____

3. Brief description of debtor's business: __Medical device company__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   __N/A__

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| NUVECTRA CORPORATION,[1] | § | Case No. 19-_____ |
| | § | |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT

Nuvectra Corporation (the "Debtor") hereby submits, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, that no corporations directly or indirectly own 10% or more of the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

98896579.1

# RESOLUTIONS OF THE BOARD OF DIRECTORS
# NUVECTRA CORPORATION

## November 11, 2019

**WHEREAS**, the Board of Directors (the "***Board***") of Nuvectra Corporation, a Delaware corporation (the "***Company***"), has (i) pursued, considered and evaluated the sale of the Company as a whole, the sale of the Algovita division of the Company on a standalone basis and the sale of the Virtis division of the Company on a standalone basis, (ii) pursued, considered and evaluated capital raising through the Company's issuance of equity in the open market and private transactions, (iii) pursued alternative financing in order to refinance the Company's existing credit facility and provide additional financing to the Company; (iv) pursued, considered and evaluated amendments to the terms and conditions of the Company's existing credit facility, and (v) pursued, considered and evaluated other strategic alternatives for the Company (each of the foregoing and any combination of the foregoing, a "***Transaction)***";

**WHEREAS**, in its pursuit of a Transaction the Board has considered and evaluated materials and presentations by the Company's management and its financial, restructuring and legal advisors, including, but not limited to, materials regarding each Transaction, the current and forecasted revenues of the Company, the liabilities of the Company, and the liquidity and on-going cash requirements of the Company;

**WHEREAS**, the Board has consulted with the Company's management and advisors in order to fully consider each Transaction that may be available to the Company and the effect of each such Transaction on the Company's business, financial condition, prospects and parties in interest;

**WHEREAS**, the Board, after careful consideration of all the facts and circumstances relating to the possibility of implementing any Transaction that may be available to the Company and the liabilities, liquidity and on-going cash requirements of the Company, has determined that it is advisable and in the best interest of the Company, its creditors, stakeholders and its other parties in interest that the Company file a voluntary petition for relief (the "***Chapter 11 Case***") under chapter 11 of title 11 of the United States Bankruptcy Code (the "***Bankruptcy Code"***) in the United States Bankruptcy Court for the Eastern District of Texas or another court of proper jurisdiction;

## Chapter 11 Case

**NOW THEREFORE BE IT RESOLVED**, that in the judgment of the Board, it is advisable and in the best interest of the Company, its creditors, stakeholders and its other parties in interest that the Company file the Chapter 11 Case to seek relief under the Bankruptcy Code;

**RESOLVED FURTHER**, that the Company is hereby authorized, empowered and directed to file, or cause to be filed, the Chapter 11 Case under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Texas or another court of proper jurisdiction;

**RESOLVED FURTHER**, that the Chief Executive Officer, Chief Financial Officer and any other appointed officer of the Company (each, an "***Authorized Officer***"), acting alone or with one or more other Authorized Officers, with power of delegation, be, and each of them individually hereby is, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, objections, papers and documents as necessary, appropriate or desirable to commence the Chapter 11 Case and obtain relief for the Company under the Bankruptcy Code, and to take any and all action that they, acting alone or with one or more other Authorized Officers, deem necessary, appropriate or desirable to obtain such relief, including without limitation, any action necessary, appropriate or desirable in order to operate the Company as a debtor in possession under the provisions of the Bankruptcy Code;

1

**RESOLVED FURTHER**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and hereby are authorized, empowered and directed to engage (i) the law firm Norton Rose Fulbright US, LLP as bankruptcy counsel to the Company, (ii) the law firm Dorsey & Whitney LLP as general counsel to the Company, (iii) Alvarez & Marsal North America, LLC as restructuring advisor to the Company, (iv) Kurtzman Carlson Consultants, LLC as notice, claims and balloting agent to the Company, (v) a financial advisor and investment banker to advise the Company in connection with a Transaction in the Chapter 11 Case, and (v) any other legal counsel, accountants, valuation experts, advisors, consultants or other professionals that the Authorized Officers deem necessary, appropriate or desirable to represent and assist the Company in carrying out its duties and obligations under the Bankruptcy Code and applicable law and to represent and assist the Company in taking all actions to advance its rights and perform its obligations in the Chapter 11 Case, and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized, empowered and directed to execute engagement agreements, retention agreements, pay retainers and cause to be filed any appropriate applications, documents or papers to retain such professional and advisory services;

**RESOLVED FURTHER**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and hereby are, authorized, empowered and directed to carry out the Company's duties and obligations under the Bankruptcy Code and applicable law, and to take all actions to advance the Company's rights and perform its obligations in the Chapter 11 Case, including, without limitation, filing petitions, motions, applications, schedules, lists, objections, replies, pleadings, papers and documents, with the assistance of legal counsel, accountants, restructuring advisors, financial advisors, investment bankers, valuation experts and other professionals as such Authorized Officers deem necessary, appropriate or desirable, and to take and perform any and all further acts and deeds that the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, in their discretion deem necessary, appropriate or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case;

**Cash Collateral Agreement**

**RESOLVED FURTHER**, that it is advisable and in the best interest of the Company, its creditors, stakeholders and its other parties in interest that the Company seek to enter into a consensual cash collateral agreement with its lenders prior to the filing of the Chapter 11 Case;

**RESOLVED FURTHER**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and hereby are, authorized, empowered and directed to seek, negotiate and agree to a consensual cash collateral agreement with the Company's lenders prior to the filing of the Chapter 11 Case; *provided, however*, such consensual use of cash collateral agreement is not a condition to, and is not a requirement of, the filing of the Chapter 11 Case;

**RESOLVED FURTHER**, that if such consensual agreement to the use of cash collateral is not agreed to by the Company's lenders prior to 10:00 a.m. Central Time, on November 12, 2019, the Company will proceed with the filing of the Chapter 11 Case;

**RESOLVED FURTHER**, that in the event such consensual cash collateral agreement is not entered into prior to the filing of the Chapter 11 Case, the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and hereby are, authorized, empowered and directed to, in the name of and on behalf of the Company, to continue to seek, negotiate, execute and deliver a cash collateral agreement or stipulation on the terms and conditions such Authorized Officers consider necessary, proper or desirable, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Company;

2

**General**

**RESOLVED FURTHER**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, with power of delegation, be, and hereby are, authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file and record, and perform, such agreements, instruments, notices, affidavits, applications for approvals or rulings of governmental or regulatory authorities or other parties, and to take such other actions, as in the discretion of such Authorized Officer is or become necessary, proper and desirable to effectuate the operation of the Company's business as a debtor in possession under the Bankruptcy Code;

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and his or her designees and delegates) be, and hereby is, authorized, empowered and directed, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, as in such Authorized Officer's discretion, is necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**RESOLVED FURTHER**, that all actions, agreements, transactions and certifications relating to the matters contemplated by the foregoing resolutions done in the name and on behalf of the Company, which actions, agreements, transactions or certifications would have been approved by the foregoing resolutions except that such actions, agreements, transactions or certifications were taken before adoption of these resolutions, are hereby in all respects approved, ratified and confirmed as the acts and deeds of the Company, with the same force and effect as if such actions, agreements, transactions or certifications had been specifically authorized in advance by these resolutions.

3

4816-9160-5676\3

Exhibit B-2 to Appendix 5005: If filing "bare-bones" petition, matrix, & 20 largest unsecured list.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

IN RE: §
§
**Nuvectra Corporation** § Case No. _____
§
§
Debtor(s) § Chapter 11

### DECLARATION FOR ELECTRONIC FILING OF
### BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* –
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* –
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 11/12/2019   _Fred B Parks_ _____, Joint Debtor
Nuvectra Corporation, Debtor
**Soc. Sec. No** 6521 **Soc. Sec. No.** _____
OR
Fred B. Parks, CEO, Position/Capacity

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: _11/12/2019_____   _____
, Attorney for Debtor

Effective 12/1/2003

**Fill in this information to identify the case:**

Debtor name __Nuvectra Corporation__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Minnetronix | | | | | | $2,753,576 |
| 2 | Greatbatch | | | | | | $2,169,103 |
| 3 | Bright Research | | | | | | $150,187 |
| 4 | Resolution Medical | | | | | | $55,101 |
| 5 | Libra Medical | | | | | | $53,413 |
| 6 | Regulatory & Clinical | | | | | | $42,892 |
| 7 | Advances Medical Solutions, LLC | | | | | | $35,605 |
| 8 | Textronix LLC | | | | | | $33,220 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor _____     Case number (*if known*)_____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Susan Mechache | | | | | | $32,000 |
| 10 | Merrill Communications, LLC | | | | | | $29,455 |
| 11 | Haynes and Boone LLP | | | | | | $27,698 |
| 12 | Odyssey Information Systems | | | | | | $32,200 |
| 13 | Medical Equipment Compliance | | | | | | $23,720 |
| 14 | Modern Orthopaedics LLC | | | | | | $19,236 |
| 15 | Source Surgery Center LLC | | | | | | $18,975 |
| 16 | Ringcentral Inc. | | | | | | $16,987 |
| 17 | FedEx | | | | | | $16,299 |
| 18 | Regulatory and Quality | | | | | | $14,185 |
| 19 | Joshua Elliott | | | | | | $14,125 |
| 20 | The Ruth Group | | | | | | $14,000 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2