Ryan E. Manns (TX Bar No. 24041391)
Toby L. Gerber (TX Bar No. 07813700)
Laura L. Smith (TX Bar No. 24066039)
Shivani P. Shah (TX Bar No. 24102710)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Proposed Counsel for the Debtor and Debtor In Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| In Re: § <br> § <br> NUVECTRA CORPORATION,[1] § <br> § <br> Debtor. § <br> § | Chapter 11 <br><br> Case No. 19-43090 <br><br> Hearing Date: Monday, November 18, 2019 at 11:00 a.m. (prevailing Central time) |

## LIST OF WITNESSES AND EXHIBITS FOR NOVEMBER 18, 2018 HEARING

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

Nuvectra Corporation (the "Debtor"), by and through its undersigned counsel hereby designates the following witnesses and exhibits (the "Witness and Exhibit List") for the hearing scheduled on **Monday, November 18, 2019, at 11:00 a.m. (CST)** before the Honorable Brenda T. Rhoades, United States Bankruptcy Court, 660 N. Central Expressway, Suite 300-B, Plano, Texas 75074.

The following matters have been set for hearing:

1. *Notice of Designation as Complex Chapter 11 Bankruptcy Case* [DE # 2, filed 11/12/2019];

2. *Emergency Motion for Order Waiving Requirement to File List of Equity Security Holders* [DE # 6, filed 11/12/2019];

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

98875883.1

1

3. *Emergency Motion an Order Authorizing an Extension of Time to File Schedules and Statements of Financial Affairs* [DE # 3, filed 11/12/2019];

4. *Emergency Motion for Order Limiting Notice and Establishing Additional Notice Procedures* [DE # 5, filed 11/12/2019];

5. *Emergency Application for an Order, Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c), Appointing Kurtzman Carson Consulting LLC as Claims and Noticing Agent for the Debtor Effective Nunc Pro Tunc to the Petition Date* [DE # 4, filed 11/12/2019];

6. *Emergency Motion for Order Authorizing Implementation of Procedures to Protect Confidential Patient Information* [DE # 12, filed 11/13/2019];

7. *Emergency Motion for Order Authorizing Payment of Prepetition (I) Wages, Salaries, and Other Compensation of Personnel, (II) Medical and Other Employee Benefits, (III) Reimbursable Employee Expenses, and (IV) Granting Related Relief* [DE # 17, filed 11/13/2019];

8. *Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (II) Deeming the Utility Providers Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [DE # 15, filed 11/13/2019];

9. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Programs, (B) Satisfy All Related Prepetition Obligations in the Ordinary Course of Business, and (C) Renew, Supplement, or Enter into New Insurance Programs in the Ordinary Course of Business and (II) Granting Related Relief* [DE # 9, filed 11/13/2019];

10. *Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System; (II) Maintenance of Existing Bank Accounts; (III) Continued Use of Existing Business Forms; (IV) Maintenance of Existing Investment Practices; and (V) Related Relief* [DE # 18, filed 11/13/2019];

11. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief* [DE # 8, filed 11/13/2019];

12. *Emergency Motion for Entry of Interim and Final Orders Authorizing Debtor to Maintain and Honor Prepetition Warranty Program Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code* [DE # 14, filed 11/13/2019]; and

13. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III)*

*Modifying the Automatic Stay; and (IV) Setting a Final Hearing* [DE # 19, filed 11/13/2019].

A. **WITNESSES**

1. John Stuart, Managing Director at Alvarez & Marsal North America, LLC;

2. Any witness necessary to authenticate a document;

3. Any rebuttal and/or impeachment witnesses; and

4. All persons listed on the witness list of any other party.

B. **EXHIBITS**

| Debtor's Exhibit No. | Description of Exhibit | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | Declaration of John Stuart in Support of Chapter 11 Petition and First Day Pleadings [DE # ___] | | | |
| 2. | Declaration of Robert Jordan in Support of Emergency Application for an Order, Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. §156(c), Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Ex. B to DE # 4] | | | |
| 3. | Kurtzman Carson Consultants LLC Agreement for Services [Ex. C to DE # 4] | | | |
| 4. | Utilities Service List [Ex. B to DE # 15] | | | |
| 5. | Insurance Programs [Ex A to DE # 9] | | | |
| 6. | List of Bank Accounts [Ex C to DE # 18] | | | |
| 7. | Tax Authorities [Ex. A to DE # 8] | | | |

98875883.1

| Debtor's Exhibit No. | Description of Exhibit | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 8. | Limited Warranty [Ex. C to DE # 14] | | | |
| 9. | Budget [Exhibit A to DE # 19] | | | |
| 10. | Any exhibit designated or admitted into evidence by any other party. | | | |

The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing lists of witnesses and exhibits as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: November 14, 2019              Respectfully Submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan E. Manns*
Ryan E. Manns (Texas Bar No. 24041391)
Toby L. Gerber (Texas Bar No. 07813700)
Laura L. Smith (Texas Bar No. 24066039)
Shivani P. Shah (Texas Bar No. 24102710)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email:  ryan.manns@nortonrosefulbright.com
        toby.gerber@nortonrosefulbright.com
        laura.smith@nortonrosefulbright.com
        shivani.shah@nortonrosefulbright.com

*Proposed Counsel for the Debtor and Debtor in Possession*