
Ryan E. Manns (TX Bar No. 24041391)
Toby L. Gerber (TX Bar No. 07813700)
Laura L. Smith (TX Bar No. 24066039)
Shivani P. Shah (TX Bar No. 24102710)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Proposed Counsel for the Debtor and Debtor In Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| NUVECTRA CORPORATION,[1] | § | Case No. 19-43090 |
| | § | |
| Debtor. | § | **Hearing Date: Monday, November 18, 2019 at 11:00 a.m. (prevailing Central time)** |

## AGENDA FOR MATTERS SCHEDULED FOR
## HEARING ON NOVEMBER 18, 2019

**I.      Uncontested Matters**

     A.      Notice of Designation as Complex Chapter 11 Bankruptcy Case [*DE # 2*]

     Responses Received:  None

     Replies Received:  None

     Related Documents/Pleadings:

     1.      Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

     2.      Debtor's Witness and Exhibit List [*DE # 25*]

     3.      Certificate of Service [*DE # ___*]

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

>   Status: **This matter is going forward.**

B.  Emergency Motion for Order Waiving Requirement to File List of Equity Security Holders [*DE # 6*]

>   Responses Received:  None
>
>   Replies Received:  None
>
>   Related Documents/Pleadings:
>
>   1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]
>
>   2. Debtor's Witness and Exhibit List [*DE # 25*]
>
>   3. Certificate of Service [*DE # ___*]
>
>   Status: **This matter is going forward.**

C.  Debtor's Emergency Motion an Order Authorizing an Extension of Time to File Schedules and Statements of Financial Affairs [*DE # 3*]

>   Responses Received:  None
>
>   Replies Received:  None
>
>   Related Documents/Pleadings:
>
>   1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]
>
>   2. Debtor's Witness and Exhibit List [*DE # 25*]
>
>   3. Certificate of Service [*DE # ___*]
>
>   Status: **This matter is going forward.**

D.  Emergency Motion for Order Limiting Notice and Establishing Additional Notice Procedures [*DE # 5*]

>   Responses Received:  None
>
>   Replies Received:  None
>
>   Related Documents/Pleadings:

98891560.1

2

    1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

    2. Debtor's Witness and Exhibit List [*DE # 25*]

    3. Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

E. Application of the Debtor Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c) for an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtor Effective Nunc Pro Tunc to the Petition Date [*DE # 4*]

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

    1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

    2. Debtor's Witness and Exhibit List [*DE # 25*]

    3. Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

F. Debtor's Emergency Motion for Order Authorizing Implementation of Procedures to Protect Confidential Patient Information [*DE # 12*]

Responses Received: None

Replies Received: None

Related Documents/Pleadings:

    1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

    2. Debtor's Witness and Exhibit List [*DE # 25*]

    3. Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

G.     Debtor's Emergency Motion for Order Authorizing Payment of Prepetition (I) Wages, Salaries, and Other Compensation of Personnel, (II) Medical and Other Employee Benefits, (III) Reimbursable Employee Expenses, and (IV) Granting Related Relief [*DE # 17*]

       Responses Received: None

       Replies Received: None

       Related Documents/Pleadings:

       1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

       2. Debtor's Witness and Exhibit List [*DE # 25*]

       3. Certificate of Service [*DE # ___*]

       Status: **This matter is going forward.**

H.     Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (II) Deeming the Utility Providers Adequately Assured of Future Performance; and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [*DE # 15*]

       Responses Received: None

       Replies Received: None

       Related Documents/Pleadings:

       1. Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

       2. Debtor's Witness and Exhibit List [*DE # 25*]

       3. Certificate of Service [*DE # ___*]

       Status: **This matter is going forward.**

I.      Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Programs, (B) Satisfy All Related Prepetition Obligations in the Ordinary Course of Business, and (C) Renew,

         Supplement, or Enter into New Insurance Programs in the Ordinary Course of Business and (II) Granting Related Relief [*DE # 9*]

         <u>Responses Received</u>: None

         <u>Replies Received</u>: None

         <u>Related Documents/Pleadings</u>:

         1.    Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

         2.    Debtor's Witness and Exhibit List [*DE # 25*]

         3.    Certificate of Service [*DE # ___*]

         Status: **This matter is going forward.**

J.    Emergency Motion for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System; (II) Maintenance of Existing Bank Accounts; (III) Continued Use of Existing Business Forms; (IV) Maintenance of Existing Investment Practices; and (V) Related Relief [*DE # 18*]

         <u>Responses Received</u>: None

         <u>Replies Received</u>: None

         <u>Related Documents/Pleadings</u>:

         1.    Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

         2.    Debtor's Witness and Exhibit List [*DE # 25*]

         3.    Certificate of Service [*DE # ___*]

         Status: **This matter is going forward.**

K.    Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [*DE # 8*]

         <u>Responses Received</u>: None

         <u>Replies Received</u>: None

         <u>Related Documents/Pleadings</u>:

      1.      Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

      2.      Debtor's Witness and Exhibit List [*DE # 25*]

      3.      Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

L.    Motion for Entry of Interim and Final Orders Authorizing Debtor to Maintain and Honor Prepetition Warranty Program Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code [*DE # 14*]

Responses Received:  None

Replies Received:  None

Related Documents/Pleadings:

      1.      Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

      2.      Debtor's Witness and Exhibit List [*DE # 25*]

      3.      Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

M.    Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; and (IV) Setting a Final Hearing [*DE # 19*]

Responses Received:  None

Replies Received:  None

Related Documents/Pleadings:

      1.      Debtor's Emergency Notice of Hearing on Certain "First Day" Matters [*DE # 24*]

      2.      Debtor's Witness and Exhibit List [*DE # 25*]

      3.      Certificate of Service [*DE # ___*]

Status: **This matter is going forward.**

| | |
|---|---|
| Dated: November 14, 2019 | Respectfully Submitted, |

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Ryan E. Manns*
Ryan E. Manns (Texas Bar No. 24041391)
Toby L. Gerber (Texas Bar No. 07813700)
Laura L. Smith (Texas Bar No. 24066039)
Shivani P. Shah (Texas Bar No. 24102710)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: ryan.manns@nortonrosefulbright.com
toby.gerber@nortonrosefulbright.com
laura.smith@nortonrosefulbright.com
shivani.shah@nortonrosefulbright.com

*Proposed Counsel for the Debtor and Debtor in Possession*

98891560.1