**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| NUVECTRA CORPORATION,[1] | § | Case No. 19-43090 |
| | § | |
| Debtor. | § | |

**ORDER SHORTENING THE NOTICE PERIOD FOR AND SCHEDULING A
HEARING ON THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I)
APPROVING THE DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN OF
LIQUIDATION OF NUVECTRA CORPORATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE; (II) APPROVING FORM OF BALLOT AND PROPOSED
SOLICITATION AND TABULATION PROCEDURES FOR THE PLAN OF
LIQUIDATION; (III) PRESCRIBING THE FORM AND MANNER OF NOTICE
THEREOF; (IV) ESTABLISHING PROCEDURES FOR (A) VOTING IN
CONNECTION WITH THE PLAN CONFIRMATION PROCESS AND (B)
TEMPORARY ALLOWANCE OF CLAIMS RELATED THERETO; (V)
ESTABLISHING  DEADLINE FOR FILING OBJECTIONS TO THE
PLAN OF LIQUIDATION; AND (VI) SCHEDULING A HEARING
TO CONSIDER CONFIRMATION OF THE PLAN OF
LIQUIDATION  OF NUVECTRA CORPORATION**

Upon consideration of the *Debtor's Motion for Entry of an Order Shortening the Notice
Period for and Scheduling a Hearing on the Debtor's Motion for Entry of an Order (I) Approving
the Disclosure Statement With Respect to the Plan of Liquidation of Nuvectra Corporation Under
Chapter 11 of the Bankruptcy Code; (II) Approving Form of Ballot and Proposed Solicitation and
Tabulation Procedures for the Plan of Liquidation; (III) Prescribing the Form and Manner of
Notice Thereof; (IV) Establishing Procedures for (A) Voting in Connection with the Plan
Confirmation Process and (B) Temporary Allowance of Claims Related Thereto; (V) Establishing
Deadline for Filing Objections to the Plan of Liquidation; and (VI) Scheduling a Hearing to*

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

*Consider Confirmation of the Plan of Liquidation of Nuvectra Corporation* (the "Motion"),[2] which was filed by the above-referenced debtor and debtor in possession (the "Debtor") and as more fully set forth in the Motion, this Court finds that it has jurisdiction over this matter pursuant to 28 U. S. C. §§ 157 and 1334; that consideration of the Motion is a core proceeding pursuant to 28 U. S. C. § 157(b); that venue is proper before this Court pursuant to 28 U. S. C. §§ 1408 and 1409; that due and proper notice of the Motion has been provided to the necessary parties; that no other or further notice need be provided; that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties in interest; that the Debtor has established just cause for the relief requested in the Motion; and that, upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby:

### ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is **GRANTED** as set forth herein.

(i)     The hearing on the Solicitation Procedures Motion will be held on **March 2, 2020 at 1:30 p.m. (prevailing Central Time)**.

2.      Objections, if any, to the relief requested in the Solicitation Procedures Motion, including approval of the Disclosure Statement, must be made prior to February 27, 2020.

3.      This Court shall retain jurisdiction to address all disputes arising from and related to the interpretation or enforcement of this Order.

Signed on 2/3/2020

*Brenda T. Rhoades*                          SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

---

[2] All capitalized terms used but not otherwise defined in herein shall have the meanings ascribed to them in the Motion.