# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| In Re: § | Chapter 11 |
| § | |
| NUVECTRA CORPORATION,[1] § | Case No. 19-43090 |
| § | |
| Debtor. § | |

## NOTICE OF SUCCESSFUL AND BACKUP BIDDERS WITH RESPECT TO THE AUCTION OF THE DEBTOR'S ASSETS

PLEASE TAKE NOTICE that, on January 13, 2020, the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court") entered an order [D.I. 169] (the "Bidding Procedures Order"):[2] (i) approving the proposed bidding procedures attached hereto as **Exhibit B** (the "Bidding Procedures") by which the Debtor will solicit offers for the sale of its assets (the "Assets") in one or more transactions (collectively, the "Sale Transaction" or "Sale"); (ii) authorizing the Debtor to select one or more stalking horse bidders (each a "Stalking Horse Bidder"), if any, and the provision of Stalking Horse Protections (as defined below) without further notice or order from this Court; (iii) establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including approval of a notice of proposed cure amounts (the "Assumption and Assignment Procedures"); (iv) approving the form and manner of notice with respect to certain procedures, protections, schedules, and agreements described herein and attached hereto; (v) scheduling (a) an auction (the "Auction") and (b) a final hearing (the "Sale Hearing") to approve the Sale; and (vi) granting related relief.

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or Motion, as applicable.

PLEASE TAKE FURTHER NOTICE that on February 27, 2020 at 10:00 a.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Debtor conducted the Auction with respect to certain of the Assets.

PLEASE TAKE FURTHER NOTICE that, at the conclusion of the Auction, the Debtor, in consultation with its professionals, selected the following Successful Bidder and Backup Bidder with respect to the Assets:

| Asset(s) | Successful Bidder | Backup Bidder |
| --- | --- | --- |
| (i) All owned intellectual property, including associated documentation, rights to sue, royalties and similar rights; (ii) all furnishings and equipment; (iii) specified inventory; (iv) specified computer hardware and equipment; and (v) other default "Purchased Assets." | Cirtec Medical Corp. | Boston Scientific Corporation |

**PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder at the Auction, <u>free and clear of all liens, claims, interests, and encumbrances</u> in accordance with Bankruptcy Code section 363(f), will be held before the Brenda T. Rhoades, United States Bankruptcy Court, 660 North Central Expressway, Suite 300B, Plano, Texas 75074 on <u>March 6, 2020 at 10:00 a.m.</u> (prevailing Central Time).  The Sale Hearing may be adjourned or rescheduled with notice.**

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtor will seek Bankruptcy Court approval of the Successful Bid and the Backup Bid.  Unless the Bankruptcy Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale Transaction.  In the event that the Successful Bidder cannot or refuses to consummate the Sale, the Debtor may designate the Backup Bidder as the new Successful Bidder and the Debtor

shall be authorized, but not required, to close with the Backup Bidder on the Backup Bid without further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful and Backup Bidders with respect to the Auction of the Debtor's Assets is subject to the terms and conditions of the Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtor encourages parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion or the Bidding Procedures Order, may make a written request to counsel for the Debtor, Norton Rose Fulbright US LLP (Attn: Ryan E. Manns), 2200 Ross Ave., Suite 3600, Dallas, TX 75201, ryan.manns@nortonrosefulbright.com. In addition, copies of the Motion, the Bidding Procedures Order and this Notice may be examined by interested parties (i) free of charge at the Case Website at www.kcclcc.net/nuvectra, or (ii) on the Court's electronic docket for the Debtor's Chapter 11 Case, which is posted on the Internet at www.txeb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).