**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **NUVECTRA CORPORATION,** | § § § § | **Case No. 19-43090** |
| **Debtor.**[1] | § § § | |

**LIMITED OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO DEBTOR'S EXPEDITED MOTION FOR AN ORDER (I) APPROVING BID AND
AUCTION PROCEDURES, INCLUDING STALKING HORSE PROTECTIONS;
(II) AUTHORIZING AND SCHEDULING AN AUCTION FOR THE SALE OF ASSETS;
(III) APPROVING THE SALE OF ASSETS; AND (IV) GRANTING RELATED RELIEF**
[Relates to Dkt. No. 110]

The Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 case of Nuvectra Corporation (the "Debtor"), submits this limited objection (the "Objection") to the *Debtor's Expedited Motion for an Order (I) Approving Bid and Auction Procedures, Including Stalking Horse Protections; (II) Authorizing and Scheduling an Auction for the Sale of Assets; (III) Approving the Sale of Assets; and (IV) Granting Related Relief* (the "Sale Motion").[2]

**Objection**

1. As an initial matter, the Committee does not oppose a sale of the Debtor's assets. The Committee files this response for the limited purpose of ensuring that value is maximized for the benefit of all parties-in-interest as detailed below.

---

[1] The last four digits of the Debtor's federal tax identification number are: 3847. The location of the Debtor's principal place of business and the service address for the Debtor is: 5830 Granite Parkway, Suite 1100, Plano, TX 75024.

[2] Dkt. No. 110. Capitalized terms not herein defined shall have the meanings ascribed to them in the Sale Motion.

2. The main asset that was sold is the Debtor's intellectual property. The value of such intellectual property ("IP") is highly dependent upon, among other things, FDA approval of the products that use such IP. But while the Debtor had received FDA approval of its Algovita product prior to the petition date, the FDA is in the process of reviewing and approving its Virtis product.

3. At the beginning of this case, all parties, including the Committee, were hopeful that the Debtor would have received FDA approval for its Virtis product in time for the auction. Based on that belief, an expedited sale process was pursued in order to efficiently conserve estate resources.

4. Unfortunately, the Debtor is still waiting for FDA approval of the Virtis product (though, upon information and belief, the Debtor remains hopeful to receive it soon). Without such approval, the sale price paid at the auction was much lower than would otherwise likely be obtained if the Debtor had received such approval.

5. Given the extremely underwhelming sale results, the hearing to approve the sale should be postponed for a reasonable period of time, subject to the Court's availability, to allow the FDA to complete its review of the Debtor's Virtis produce so that parties can determine whether the Sale is truly in the best interests of the estate.

**Prayer**

WHEREFORE the Committee respectfully requests (a) entry of an order postponing the hearing on the Sale Motion for a reasonable period of time, and (b) such other and further relief as the Court may deem just and proper, both at law and in equity.

**DATED**:  March 2, 2020.

        **THOMPSON & KNIGHT LLP**

        By: /s/ *Demetra Liggins*
        Demetra L. Liggins
        State Bar No. 24026844
        Email: demetra.liggins@tklaw.com
        811 Main Street, Suite 2500
        Houston, TX 77002
        Telephone:  (713) 654-8111
        Facsimile:   (713) 654-1871

        and

        Cassandra Sepanik Shoemaker
        State Bar No. 24070592
        Email: cassandra.shoemaker@tklaw.com
        1722 Routh St, Suite 1500
        Dallas, TX 75201
        Telephone:  (214) 969-1700
        Facsimile:   (214) 969-1751

        **CO-COUNSEL FOR THE**
        **OFFICIAL COMMITTEE OF**
        **UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2020, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's electronic filing system ("ECF") and via First Class Mail on all parties listed on the Master service List.

        */s/ Demetra Liggins*
        Demetra L. Liggins