EOD

08/12/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| NUVECTRA CORPORATION,[2] | § | Case No. 19-43090 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING FINAL FEE APPLICATION OF DORSEY & WHITNEY LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION**
**FOR THE PERIOD NOVEMBER 12, 2019 THROUGH JUNE 2, 2020**

Upon consideration of the *Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period from November 12, 2019 through June 2, 2020* (the "Application"), pursuant to sections 327 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rules 2016-1 and 9013-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the East District of Texas (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 issued by the Executive Office for United States Trustees (the "Guidelines"), Exhibit H of the United States Bankruptcy Court for the Eastern District of Texas Appendix 9007: Procedures for Complex Chapter 11 Cases in Texas Bankruptcy Courts entitled "Guidelines for Compensation and Expense Reimbursement of Professionals in Complex Chapter 11 Cases" (the "Exhibit H Guidelines"), and the Court's *Order Establishing Procedures for Monthly, Interim, and Final Compensation and Reimbursement of Expenses of Retained Professionals* [Dkt. No. 149] (the "Interim Compensation Order"), for

---

[2] The last four digits of the Debtor's federal tax identification number are: 3847. The Debtor's service address is Nuvectra Corporation Plan Administrator, Byman & Associates PLLC, 7924 Broadway, Suite 104, Pearland, Texas 77581.

4849-5313-8623\3

approval, allowance, and payment of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred during the period commencing November 12, 2019 through and including June 2, 2020; and the Court having jurisdiction to consider the Application and the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to all parties required under Bankruptcy Rule 2002(a)(6); and it appearing that no other or further notice need be provided; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.      The Application is **GRANTED** to the extent set forth;

2.      The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $575,546.85 pursuant to section 331 of the Bankruptcy Code and approved on a final basis under section 330 of the Bankruptcy Code;

3.      The reimbursement for expenses incurred during the time period set forth in the Application is approved and allowed on a final basis in the amount of $3,978.41;

4.      The Debtor or the Plan Administrator, as applicable, is authorized and directed to pay the "Fees Allowed" and the "Expenses Allowed" in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $579,525.26. Alternatively, Dorsey & Whitney LLP is authorized to draw the outstanding amounts thereof from its retainer previously funded by the Debtor;

5.      The requirement of Local Bankruptcy Rule 2016-1(c) to serve a summary of the Application on the Debtor's master mailing list is waived;

4849-5313-8623\3

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed on 8/12/2020

_Brenda T. Rhoades_  SR  —
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE